UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SPA SYSPATRONIC AG, | : |
| | : Civil Action No. 2:09-cv-04060-PDT |
| Plaintiff(s), | : |
| v. | : **NOTICE OF LAWSUIT** |
| | : **AND REQUEST FOR** |
| INFINEON TECHNOLOGIES NORTH | : **WAIVER OF SERVICE** |
| AMERICA CORPORATION and INFINEON | : **OF SUMMONS** |
| TECHNOLOGIES AG,, | : |
| | : |
| Defendant(s). | : |
| | x |

TO:   Nikolaus Sieveking
      Senior Director, Corporate Legal Counsel
      Infineon Technologies AG
      Am Campeon 1-12
      85579 Munich, Germany

A lawsuit has been commenced against you (or the entity on whose behalf you are addressed). A copy of the complaint is attached to this notice. It has been filed in the United States District Court for the Eastern District of Pennsylvania, and has been assigned Civil Action No. 2:09-cv-04060-PDT.

This is not a formal summons or notification from the Court, but rather my request that you sign and return the enclosed Waiver of Service of Summons in order to save the cost of serving you with a judicial summons and an additional copy of the complaint. The cost of service will be avoided if I receive a signed copy of the waiver within 60 days after the date designated below as the date on which this notice and request is sent. I enclose a self-addressed, prepaid envelope for your use. An extra copy of the waiver is also attached for your records.

If you comply with this request and return the signed waiver, it will be filed with the Court and no summons will be served on you. The action will then proceed as if you have been served on the date the waiver is filed, except you will not be obligated to answer the complaint before sixty (60) days from the date designated below as the date on which this notice is sent (or before ninety (90) days from that date if your address is not in any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the Federal Rules of Civil Procedure and will then, to the extent authorized by those rules, ask the Court to require you (or the party on whose behalf you are addressed) to pay the full costs of such

service. In that connection, please read the statement concerning the duty of parties to waive the service of summons, which is set forth at the foot of the waiver form.

I affirm that this request is being sent to you on behalf of the plaintiff SPA Syspatronic AG, this 11th day of December, 2009.

By: *[signature]*
Charles P. Kennedy
LERNER, DAVID, LITTENBERG,
 KRUMHOLZ & MENTLIK, LLP
600 South Avenue West, Ste. 300
Westfield, NJ 07090-1497
Tel:   908.654.5000
Fax:   908 654 7866

Glenn S. Gitomer
Attorney I.D. No. 19287
McCAUSLAND, KEEN & BUCKMAN
Radnor Court, Suite 160
259 North Radnor-Chester Road
Radnor, PA 19087
Tel: 610.341.1000
*Attorneys for Plaintiff SPA Syspatronic AG*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SPA SYSPATRONIC AG, | : |
|             Plaintiff(s), | : Civil Action No. 2:09-cv-04060-PDT |
| v. | : **WAIVER OF SERVICE OF** |
| INFINEON TECHNOLOGIES NORTH AMERICA CORPORATION and INFINEON TECHNOLOGIES AG,, | : **SUMMONS** |
|             Defendant(s). | : |
| | x |

TO:   Charles P. Kennedy, Esq.
        LERNER, DAVID, LITTENBERG
         KRUMHOLZ & MENTLIK, LLP
        600 South Avenue West, Ste. 300
        Westfield, NJ 07090-1497

      I acknowledge receipt of your request that I waive service of a summons in the action of *Spa Syspatronic AG v. Infineon Technologies North America Corporation and Infineon Technologies AG*, which is Civil Action No. 2:09-cv-04060-PDT in the United States District Court for the Eastern District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

      I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

      I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the Court except for objections based on a defect in the summons or in the service of the summons.

      I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within sixty (60) days after December 11, 2009, or within ninety (90) days after that date if the request was sent outside the United States.

1112366_1.DOC

_____12/23/09_____  _____[signature]_____
Date                     Signature

                         ___Sarah Chapin Columbia___
                         Print/Type Name

as: ___Attorney___
         Title
of: ___McDermott Will & Emery___
        Name of Corporation
        Counsel for Infineon AG

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

    Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.
    It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or the service of the summons), and may later object to the jurisdiction of the Court or to the place where the action has been brought.
    A defendant who waives service must, within the time specified on the waiver form, serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the Court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

(Added Apr. 22, 1993, eff. Dec. 1, 1993)

1112366_1.DOC                                                  2